IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| BRUCE NILES MOORE,<br><br>           Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>           Defendant. | ORDER AFFIRMING<br>REPORT & RECOMMENDATION<br><br><br>Case No. 2:04-cv-221 |

This matter is before the court on Plaintiff Bruce Niles Moore's Objection (dkt. #30) to Magistrate Judge David Nuffer's Report and Recommendation (dkt. #29). Magistrate Judge Nuffer affirmed the Commissioner's denial of Mr. Moore's application for supplemental security income.

After careful consideration, the court finds the magistrate's conclusions are correct in all respects, and hereby adopts Magistrate Judge Nuffer's Report and Recommendation in its entirety as the order of the court. Accordingly, the court DENIES Mr. Moore's Objection.

SO ORDERED this 4th day of May, 2007.

BY THE COURT:

*Tena Campbell*
TENA CAMPBELL
Chief Judge